■ GLEN ASSOCIATES, Appellant, v JEREMIAH T. WALSH, as Commissioner of Buildings, et al., Respondents.—Order, Supreme Court, New York County, entered on December 7, 1976, unanimously affirmed. Counsel for defendants-respondents conceded that there was still available to plaintiff-appellant administrative procedures including a possible appeal to the Board of Standards and Appeals. Respondents shall recover of appellant $60 costs and disbursements of this appeal. Concur—Kupferman, J. P., Lupiano, Evans and Lynch, JJ.

■ In the Matter of OLGA RIVERA, Petitioner, v STEPHEN BERGER, as Commissioner of the New York State Department of Social Services et al., Respondents.—Determination of the respondent State Department of Social Services dated January 9, 1976, unanimously modified, on the law, without costs and without disbursements, to limit recoupment to 10% of household needs and otherwise confirmed. (See *Matter of Reyes v Dumpson,* 40 NY2d 725, and *Matter of Lajara v Berger,* 59 AD2d 599.) Concur—Kupferman, J. P., Lupiano, Evans and Lynch, JJ.

■ EAGLE STAR INSURANCE CO., LTD., Respondent-Appellant, v INTERNATIONAL PROTEINS CORPORATION, Appellant-Respondent, et al., Defendant. —Order, Supreme Court, New York County, entered on March 17, 1977, so far as appealed from, unanimously affirmed. Plaintiff-respondent-appellant shall recover of defendant-appellant $60 costs and disbursements of this appeal. Cross appeal taken by the plaintiff-respondent-appellant from said order unanimously dismissed as academic, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Lupiano, Evans and Lynch, JJ.

■ In the Matter of CLARA STORPER, an Attorney.—Motion to withdraw as counsel for respondent denied, with leave to renew should respondent fail to co-operate in the future. Concur—Murphy, P. J., Kupferman, Lupiano, Evans and Capozzoli, JJ.

■ In the Matter of CLARA STORPER, an Attorney.—Respondent immediately suspended from practice as an attorney and counselor at law in the State of New York. Concur—Murphy, P. J., Kupferman, Lupiano, Evans and Capozzoli, JJ.

■ In the Matter of CLARA STORPER, an Attorney.—Cross motion to vacate order of this court entered on May 18, 1977 denied in all respects and petitioner is directed to expeditiously complete disclosure and all other matters in this proceeding. Concur—Murphy, P. J., Kupferman, Lupiano, Evans and Capozzoli, JJ.

## (October 6, 1977)

■ BERLEY INDUSTRIES, INC., Respondents, v CITY OF NEW YORK, Appellant.—Judgment, Supreme Court, New York County, after trial to a jury, entered May 11, 1977, affirmed, without costs and without disbursements. It is undisputed that the trial court submitted both the "Eichleay formula," advanced by plaintiff-respondent as a basis for computing that portion of damage relating to overhead attributable to delay caused by defendant-appellant city, as well as the formula advanced by the city's expert, both in clear and unexceptionable language. It is, however, the city's position that the Eichleay formula is without validity and should not have been permitted to be advanced before the jury. We have heretofore decided to the